F I L E D
CLERK, U.S. DISTRICT COURT
2/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00128-HDV |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| EMYSHIA EVETTE MANGUM and STANTON IRVIN MACK, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A.   INTRODUCTORY ALLEGATION

1.   At times relevant to this Indictment, California State L.A. Federal Credit Union was a financial institution insured by the National Credit Union Share Insurance Fund.

///

B.  OBJECT OF THE CONSPIRACY

2.  Beginning on a date unknown to the Grand Jury, but no later than on or about January 20, 2023, and continuing through at least January 27, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendants EMYSHIA EVETTE MANGUM and STANTON IRVIN MACK conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344, by submitting a false and fraudulent application for a credit union account using personal information stolen from victims.

C.  MANNER AND MEANS OF THE CONSPIRACY

3.  The object of the conspiracy was carried out, and was to be carried out, in the following manner:

   a.  Defendant MANGUM, together with co-conspirators, would obtain a United States Treasury check in the name of an identity theft victim without the victim's permission.

   b.  Defendant MANGUM and a co-conspirator would then attempt to open a new credit union account in the name of that identity theft victim at a credit union where another co-conspirator, namely, defendant MACK, worked as a teller, by submitting fraudulent driver's licenses and other supporting documentation in the name of identity theft victims.

   c.  Defendant MANGUM would then attempt to deposit the United States Treasury Check at defendant MACK's window at that credit union.

   d.  Defendant MACK would then attempt to approve the opening of the credit union account despite knowing that the documentation provided to him was fraudulent.

   e.  In doing so, defendant MANGUM falsely represented to

the credit union that she was the person associated with the account application and the stolen check.  Defendant MANGUM also concealed that the application was made without the consent or knowledge of the identity theft victims named in the application.

D. <u>OVERT ACTS</u>

4. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendants MANGUM and MACK, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to:

<u>Overt Act No. 1:</u>  On January 27, 2023, defendant MANGUM and a conspirator entered the California State L.A. Federal Credit Union and filed an application to open an account using A.L. and I.L.'s personal identifying information, without either A.L. or I.L.'s knowledge, consent, or authorization.

<u>Overt Act No. 2:</u>  On January 27, 2023, defendant MANGUM and a conspirator attempted to deposit at California State L.A. Federal Credit Union a United States Treasury Check for $3,229,590.81 addressed to A.L. and I.L.

<u>Overt Act No. 3:</u>  On or about January 27, 2023, defendant MACK approved the application for a new account at the California State L.A. Federal Credit Union in A.L. and I.L.'s name, despite knowing of its fraudulent nature.

## COUNT TWO

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[ALL DEFENDANTS]

On or about January 27, 2023, in Los Angeles County, within the Central District of California, defendants EMYSHIA EVETTE MANGUM and STANTON IRVIN MACK, each aiding and abetting the other, knowingly transferred, possessed, and used without lawful authority, means of identification that defendants MANGUM and MACK knew belonged to another person, that is, the names and dates of birth of victims I.L. and A.L., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

COLIN S. SCOTT
Assistant United States Attorneys
General Crimes Section